**Fill in this information to identify your case:**

Debtor 1: Debra [First Name] [Middle Name] Young [Last Name]

Debtor 2 (Spouse, if filing): Dandre [First Name] [Middle Name] Young [Last Name]

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (If known): 14-34534

☐ Check if this is an amended filing

*[FILED stamp: UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, SEP 23 2014, JEFFREY P. ALLSTEAD, CLERK, PS REP.]*

Official Form B 3B

# Application to Have the Chapter 7 Filing Fee Waived          06/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: Tell the Court About Your Family and Your Family's Income

**1. What is the size of your family?**
Your family includes you, your spouse, and any dependents listed on Schedule J: Current Expenditures of Individual Debtor(s) (Official Form 6J).

Check all that apply:
☒ You
☒ Your spouse
☒ Your dependents

How many dependents? 1
Total number of people: 3

**2. Fill in your family's average monthly income.**

Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

Do not include your spouse's income if you are separated and your spouse is not filing with you.

Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

If you have already filled out Schedule I: Your Income, see line 10 of that schedule.

| | That person's average monthly net income (take-home pay) |
|---|---|
| You | $1200/month |
| Your spouse | + $0 |
| Subtotal | $1200 |

Subtract any non-cash governmental assistance that you included above.

− $0

**Your family's average monthly net income**    Total... $1200/month

**3. Do you receive non-cash governmental assistance?**
☒ No
☐ Yes. Describe.... Type of assistance: _____

**4. Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
☒ No
☐ Yes. Explain. _____

**5. Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

*After I pay for Rent, food, and buy personal items i.e. soap, tissue, etc., there is no more money left.*

Official Form B 3B            Application to Have the Chapter 7 Filing Fee Waived            page 1

Debtor 1 **Debra Young**
       First Name    Middle Name    Last Name

Case number (if known) _____

## Part 2: Tell the Court About Your Monthly Expenses

6. **Estimate your average monthly expenses.**
   Include amounts paid by any government assistance that you reported on line 2.
   If you have already filled out *Schedule J, Your Expenses*, copy line 22 from that form.
   $ **3000**

7. **Do these expenses cover anyone who is not included in your family as reported in line 1?**
   ☒ No
   ☐ Yes. Identify who........

8. **Does anyone other than you regularly pay any of these expenses?**
   If you have already filled out *Schedule I: Your Income*, copy the total from line 11.
   ☒ No
   ☐ Yes. How much do you regularly receive as contributions? $_____ monthly

9. **Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?**
   ☒ No
   ☐ Yes. Explain...............

## Part 3: Tell the Court About Your Property

If you have already filled out *Schedule A: Real Property (Official Form B 6A)* and *Schedule B: Personal Property (Official Form B 6B)*, attach copies to this application and go to Part 4.

10. **How much cash do you have?**
    *Examples:* Money you have in your wallet, in your home, and on hand when you file this application
    Cash: $ **8.00**

11. **Bank accounts and other deposits of money?**
    *Examples:* Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) and IRA accounts.

    | | Institution name: | Amount: |
    |---|---|---|
    | Checking account: | | $ |
    | Savings account: | | $ |
    | Other financial accounts: | | $ |
    | Other financial accounts: | | $ |

12. **Your home?** (if you own it outright or are purchasing it)
    *Examples:* House, condominium, manufactured home, or mobile home
    Number Street _____
    City _____ State ___ ZIP Code ___
    Current value: $_____
    Amount you owe on mortgage and liens: $_____

13. **Other real estate?**
    Number Street _____
    City _____ State ___ ZIP Code ___
    Current value: $_____
    Amount you owe on mortgage and liens: $_____

14. **The vehicles you own?**
    *Examples:* Cars, vans, trucks, sports utility vehicles, motorcycles, tractors, boats

    Make: **Dodge**
    Model: **Magnum**
    Year: **2006**
    Mileage: **139,000**
    Current value: $ **4,000.00**
    Amount you owe on liens: $ **9,000.00**

    Make: **Ford**
    Model: **Mustang**
    Year: **2004**
    Mileage: **127,000**
    Current value: $ **8,000.00**
    Amount you owe on liens: $ **11,125.00**

Official Form B 3B     Application to Have the Chapter 7 Filing Fee Waived     page 2

Debtor 1  __Debra_____ _____ __Young_____  Case number (if known) _____
          First Name   Middle Name          Last Name

**15. Other assets?**  Describe the other assets:                     Current value:       $ 0
Do not include household items                                                            
and clothing.                      "N/A"                              Amount you owe      $ 0
                                                                      on liens:

**16. Money or property due you?**  Who owes you the money or property?   How much is owed?   Do you believe you will likely receive payment in the next 180 days?
*Examples*: Tax refunds, past due   "N/A"                             $_____            ☐ No
or lump sum alimony, spousal                                          $_____            ☐ Yes. Explain:
support, child support,
maintenance, divorce or property
settlements, Social Security
benefits, Workers' compensation,
personal injury recovery

### Part 4: Answer These Additional Questions

**17. Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?**
☒ No
☐ Yes. Whom did you pay? *Check all that apply:*
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

How much did you pay?
$_____

**18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?**
☒ No
☐ Yes. Whom do you expect to pay? *Check all that apply:*
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

How much do you expect to pay?
$_____

**19. Has anyone paid someone on your behalf for services for this case?**
☒ No
☐ Yes. Who was paid on your behalf? *Check all that apply:*
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

Who paid? *Check all that apply:*
  ☐ Parent
  ☐ Brother or sister
  ☐ Friend
  ☐ Pastor or clergy
  ☐ Someone else _____

How much did someone else pay?
$_____

**20. Have you filed for bankruptcy within the last 8 years?**
☐ No
☒ Yes. District  Cook Cook Chicago IL   When 8/5/2013   Case number 13-31212
                                              MM/DD/YYYY

District _____  When _____  Case number _____
                             MM/DD/YYYY

District _____  When _____  Case number _____
                             MM/DD/YYYY

### Part 5: Sign Below

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

X _Debra Young_____          X _Darnell Young_____
  Signature of Debtor 1                  Signature of Debtor 2

Date 9/19/2014                         Date 9/19/2014
     MM / DD / YYYY                         MM / DD / YYYY

Official Form B 3B        Application to Have the Chapter 7 Filing Fee Waived        page 3

Fill in this information to identify the case:

Debtor 1 __Debra_____ _____ __Young_____
         First Name              Middle Name       Last Name

Debtor 2 __Dandre_____ _____ __Young_____
(Spouse, if filing) First Name  Middle Name       Last Name

United States Bankruptcy Court for the: _____ District of _____
                                                                        (State)
Case number  __14-34534_____
(If known)

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form B 3B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[ ] **Denied.** The debtor must pay the $335 filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| + $_____ | _____ Month / day / year |
| **Total** _____ | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____ AM / PM at _____.
   Month / day / year                              Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

_____           **By the court:** _____
Month / day / year                            United States Bankruptcy Judge